IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **CHRISTINA GONZALEZ,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | Case No. 3:25-cv-298-B |
| | § | |
| **SILK ROYALE, LLC AND MIKE EDWARDS, INDIVIDUALLY,** | § | |
| | § | |
| **Defendants.** | § | |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**

Plaintiff Christina Gonzalez certifies that the following persons or entities have a financial interest in the outcome of this litigation:

Christina Gonzalez
Plaintiff

Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601

Respectfully submitted,

/s/  Douglas B. Welmaker
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601
Phone: (512) 799-2048
Email: doug@welmakerlaw.com

**ATTORNEY FOR PLAINTIFF**