IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **CHRISTINA GONZALEZ,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Case No.  3:25-cv-298-B |
| | § | |
| **SILK ROYALE, LLC AND MIKE EDWARDS, INDIVIDUALLY,** | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Christina Gonzalez ("Plaintiff") files this Notice of Dismissal With Prejudice regarding Plaintiff's claims against Defendants Silk Royale, LLC and Mike Edwards, Individually ("Defendants") pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(l)(A)(i).

As Defendants have not yet filed an Answer or a Motion for Summary Judgment, this Notice of Dismissal with Prejudice is timely.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Christina Gonzalez hereby gives her Notice of Dismissal with Prejudice and without the requirement of a Court Order.

Respectfully submitted,


/s/ Douglas B. Welmaker
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601
Phone: (512) 799-2048
Email: doug@welmakerlaw.com

**ATTORNEY FOR PLAINTIFF**


**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been electronically filed through the CM/ECF system on March 5, 2025.

/s/ Douglas B. Welmaker
Douglas B. Welmaker