UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHRISTINA GONZALEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:25-CV-0298-B |
| | § | |
| SILK ROYALE, LLC and MIKE EDWARDS, | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is Plaintiff's Notice of Dismissal (Doc. 7). It is **ORDERED** that all claims in Plaintiff's Complaint against Defendant are hereby **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs, including any attorney's fees.

SO ORDERED.

SIGNED: March 6, 2025.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE